UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 31st day of July, two thousand twenty-five.

_____

United States of America,

        Appellee,

v.

Peter Khaimov, Alexander Gulkarov, Roman Israilov,

        Defendants - Appellants.

**ORDER**

Docket Nos. 24-1730(L), 24-2356(Con)

_____

The United States of America has moved to dismiss Appellant Peter Khaimov's appeal docketed under 24-1730 on the ground that the Appellant has entered into an agreement to waive his appellate rights. Upon consideration thereof,

IT IS HEREBY ORDERED that counsel for Appellant Khaimov must file a response to the motion to dismiss that complies with the requirements set forth in *United States v. Gomez-Perez*, 215 F.3d 315 (2d Cir. 2000). The response must be filed no later than August 11, 2025.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court